8508. BANK OF GILLSVILLE *v.* AMERICAN NATIONAL BANK.

BROYLES, P. J. Under the agreed statement of facts, the judge, sitting by consent without the intervention of a jury, was authorized to find that the defendant bank had the right to assume that the draft drawn on it by J. E. McCrary (formerly cashier of the Bank of Gillsville, but who had been removed as cashier a few days before the draft was drawn, and who therefore was not authorized to draw it) was drawn before he was removed as cashier, and, without further inquiry, to pay it as an authorized draft of the Bank of Gillsville. This being true, the court did not err in finding in favor of the defendant.

*Judgment affirmed. Jenkins and Bloodworth, JJ., concur.*
DECIDED JUNE 14, 1917.

Complaint; from city court of Macon—Judge Mathews presiding. February 2, 1917.

*Davenport Guerry, Warren Roberts,* for plaintiff.
*Hardeman, Jones, Park & Johnston,* for defendant.

---

6805. TAYLOR *v.* MUTUAL BENEFIT INDUSTRIAL LIFE ASSOCIATION OF AMERICA.

WADE, C. J. 1. Under the answer of the Supreme Court to questions certified to that court, the judgment in the municipal court was reviewable by certiorari, without first taking an appeal to the appellate division of the municipal court on the judgment on the motion for a new trial. *Taylor* v. *Mutual Benefit Industrial Life Insurance Asso.,* 146 *Ga.* 660 (92 S. E. 47).

2. The order of the superior-court judge sustaining the certiorari, being in effect the first grant of a new trial, will not be interfered with by this court, since it appears that there was a definite and positive refusal to pay the claim based upon the policy of insurance; and therefore it is unnecessary to pass upon the various points referred to in the briefs of counsel. *Cochran* v. *Minter,* 10 *Ga. App.* 337 (73 S. E. 551).

*Judgment affirmed. George and Luke, JJ., concur.*
DECIDED JUNE 15, 1917.

Certiorari; from Fulton superior court—Judge Pendleton. May 21, 1915.

*Foster & Stockbridge, Carl F. Hutcheson, S. M. Castleton,* for plaintiff. *Samuel A. Boorstin,* for defendant.